**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALBERT HERNANDEZ                                                                  PLAINTIFF
ADC #65214

V.                        NO: 2:09CV00036 SWW

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motions for summary judgment filed by Defendants Peter Edwards (docket entry #83), and Wendy Kelley and Robert A. Parker (docket entry #86) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 10th day of February, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE